IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Mumin Israfil,

    Plaintiff,

v.

Rob Jeffreys, et al.,

    Defendants.

Case No. 2:11-cv-385

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kemp

## OPINION AND ORDER

This is a prisoner civil rights case filed by Mumin Israfil, who, at the time the complaint was filed, was an inmate at the Ross Correctional Institution. His complaint is primarily concerned with how his medical issues, including his claimed disability, were dealt with by officials at that institution. He is currently housed at the Toledo Correctional Institution.

At the outset of the case, Mr. Israfil moved for a temporary restraining order, claiming that defendants were denying him food. He then filed another such motion directed to the defendants' intent to transfer him to another institution. On November 9, 2011, the Magistrate Judge recommended denying both motions because Mr. Israfil conceded that he was being fed at Ross, and that he had then been transferred from Ross to Toledo. No objections have been filed to the Report and Recommendation.

Upon review, the Court agrees that the motions for injunctive relief are moot. Therefore, the Report and Recommendation (No. 24) is **ADOPTED** and both motions for injunctive relief (No. 2 and No. 13) are **DENIED.**

IT IS SO ORDERED.

1-31-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE