AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**MUMIN ISRAFIL,**

       **Plaintiff,**

**vs.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  C2-11-385**
**ROB JEFFREYS, et al.,**    **JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

       **Defendants.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed February 7, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: February 7, 2013                    JOHN P. HEHMAN, CLERK

                                                         */S/ Andy F. Quisumbing*
                                                         (By) Andy F. Quisumbing
                                                         Courtroom Deputy Clerk